Valarie PRICE, Plaintiff–Appellant,

v.

FIRST STAR MORTGAGE, a/k/a U.S. Bank; Anthony J. Corcini, Secretary Department of Veterans Affairs; Samuel I. White, Defendants–Appellees.

No. 04–1274.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 29, 2004.

Decided: Oct. 12, 2004.

Valarie Price, Appellant pro se.

Jonathan L. Hauser, Troutman Sanders, LLP, Virginia Beach, Virginia, George Maralan Kelley, III, Assistant United States Attorney, Norfolk, Virginia, for Appellees.

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

PER CURIAM:

Valarie Price seeks to appeal the district court's order dismissing her claim against the Secretary of the Department of Veterans Affairs for want of subject matter jurisdiction. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Price seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*